UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIDEOFOR AJAELO,<br>CDCR #F-73516,<br><br>                      Plaintiff,<br><br>vs.<br><br>R. ESTRADA and M. ALONZO,<br><br>                      Defendants. | Case No.: 24-cv-02472-AJB-MMP<br><br>**ORDER DISMISSING ALL CLAIMS AGAINST ALL DEFENDANTS EXCEPT THE FIRST AMENDMENT AND EQUAL PROTECTION CLAIMS AGAINST DEFENDANTS ESTRADA AND ALONZO AND DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF FIRST AMENDED COMPLAINT AND SUMMONS ON DEFENDANTS ESTRADA AND ALONZO PURSUANT TO 28 U.S.C. § 1915(d) & Fed. R. Civ. P. 4(c)(3)** |

On December 23, 2024, Plaintiff Jideofor Ajaelo, a state inmate proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 along with a motion to proceed in forma pauperis ("IFP"). (Doc. Nos. 1–2.) On February 24, 2025, the Court granted Plaintiff leave to proceed IFP and screened the Complaint pursuant to pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b). (Doc. No. 4.) The Court found the Complaint survived screening as to the First Amendment and Equal Protection claims against Defendants

Estrada and Alonzo only and dismissed the remaining claims against the remaining Defendants without prejudice. (*Id*. at 5–9.) Plaintiff was given the option to either (1) notify the Court of his intent to proceed with his First Amendment and Equal Protection claims against Defendants Estrada and Alonzo only; or (2) file a First Amended Complaint that attempts to correct the deficiencies of pleading identified in the Court's screening Order. (*Id*. at 9.) Plaintiff was instructed that if he decided to proceed only with his claims against Defendants Estrada and Alonzo, the Court would issue an Order directing the U.S. Marshal to effect service of the summons and Complaint on those Defendants and dismiss the remaining claims against the remaining Defendants. (*Id*.)

On March 21, 2025, Plaintiff filed a Notice of his intent to proceed with his Eighth Amendment claims against Defendants Estrada and Alonzo only and to accept dismissal of the remaining claims against the remaining Defendants. (Doc. No. 5 at 1.)

## Conclusion and Order

Accordingly, good cause appearing, the Court:

1. **DISMISSES** all claims against all Defendants in Plaintiff's Complaint with the exception of the First Amendment and Equal Protection claims against Defendants Estrada and Alonzo as set forth in the Court's February 24, 2025 Order.

2. **DIRECTS** the Clerk to issue a summons as to Plaintiff's Complaint (Doc. No. 1) for Defendants Estrada and Alonzo and forward it to Plaintiff along with a blank U.S. Marshal Form 285 for these Defendants. The Clerk will provide Plaintiff with certified copies of his Complaint and the summons so that he may serve the Defendants. Upon receipt of this "In Forma Pauperis Package," Plaintiff must complete the USM Form 285 as completely and accurately as possible, *include an address where Defendants may be found and/or subject to service* pursuant to S.D. Cal. CivLR 4.1(c), and return the form to the United States Marshal according to the instructions the Clerk provides in the letter accompanying the In Forma Pauperis Package.

3. **ORDERS** the U.S. Marshal to serve a copy of the Complaint and summons upon Defendants Estrada and Alonzo as directed by Plaintiff on the USM Form 285

provided to him. All costs of that service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

4. **ORDERS** Defendants, once served, to reply to Plaintiff's Complaint and any subsequent pleading Plaintiff files in this matter in which Defendants are named as a party within the time provided by the applicable provisions of Federal Rules of Civil Procedure 12(a) and 15(a)(3). *See* 42 U.S.C. § 1997e(g)(2) (while Defendants may occasionally be permitted to "waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983," once the Court has conducted its sua sponte screening Defendants are required to respond).

5. **ORDERS** Plaintiff, after service, to serve upon Defendants, or if appearance has been entered by counsel, upon Defendants' counsel, a copy of every further pleading, motion, or other document submitted for the Court's consideration pursuant to Fed. R. Civ. P. 5(b). Plaintiff must include with every original document he seeks to file with the Clerk, a certificate stating the manner in which a true and correct copy of that document has been served on Defendants or Defendants' counsel, and the date of that service. *See* S.D. Cal. CivLR 5.2. Any document received by the Court which has not been properly filed with the Clerk or which fails to include a Certificate of Service upon Defendants or Defendants' counsel may be disregarded.

**IT IS SO ORDERED**.

Dated: March 24, 2025

*/s/ Battaglia*
Hon. Anthony J. Battaglia
United States District Judge